UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

AUG 14 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| TIMOTHY NEILSON, an individual, <br><br> Plaintiff - Appellee, <br><br> v. <br><br> KC HOTELS GROUP, INC., doing business as Hilltop Inn & Suites, a California corporation and MOHMED CHAUHAN, an individual, <br><br> Defendants - Appellants. | No. 24-3662 <br><br> D.C. No. 5:24-cv-00755-KK-SHK Central District of California, Riverside <br><br> ORDER |

Appellants have failed to file the opening brief in this case.  Pursuant to Ninth Circuit Rule 42-1, this case is dismissed for failure to prosecute.

This order will be served on the district court and will become the mandate of the court in 21 days.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT